IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-109-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH M. GUARASCIO, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than November 12, 2018, the government shall file a response to Joseph M. Guarascio's motion for return of property [D.E. 72].

SO ORDERED. This 29 day of October 2018.

JAMES C. DEVER III
United States District Judge