IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-109-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOSEPH MICHAEL GUARASCIO, | ) | |
| | ) | |
| Defendant. | ) | |

On December 18, 2018, Joseph Michael Guarascio moved to vacate this court's order of December 6, 2018. See [D.E. 80]; see also [D.E. 81]; cf. [D.E. 78]. The motion [D.E. 80] lacks merit and is DENIED.

SO ORDERED. This 1 day of February 2019.

JAMES C. DEVER III
United States District Judge