UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-CR-00109-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | ORDER |
| | ) | |
| | ) | |
| JOSEPH MICHAEL GUARASCIO | ) | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion for Leave to file Notice of Appeal. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE, ORDERED that the Defendant's Motion for Leave to File Notice of Appeal be granted.

This 30 day of March 2021.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE