IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:09-CR-109-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH MICHAEL GUARASCIO, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Strike, "MOTION TO RELEASE THE SEALED FINAL DRAFT OF THE PRESENTENCE INVESTIGATION REPORT AND STATEMENT OF REASONS" D.E. 145.

For good cause shown, Defendant's Motion IS GRANTED, and D.E. 145 is struck.

This the **23** day of **January**, 2022.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE