IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:09-CR-109-1-D

UNITED STATES OF AMERICA )
)
vs. )
)
JOSEPH MICHAEL GUARASCIO, )
Defendant. )

## ORDER

Upon Motion of the Defendant and for good cause shown, it is hereby ORDERED that the United States Probation Office provide a copy of the complete medical and psychological file of Mr. Guarascio maintained by Dawn Y Lanaville, Ph.D. to the attorney for the defendant, Leza Lee Driscoll.

SO ORDERED.

This the 2 day of March, 2022.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE