UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Michael Guarascio**                    **Docket No. 7:09-CR-109-1D**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior United States Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Michael Guarascio, who, upon an earlier plea of guilty to Manufacture of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and 2251(d), was sentenced by the Honorable James C. Dever III, United States District Judge, on February 9, 2010, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for Life.

Joseph Michael Guarascio was released from custody on August 23, 2021, at which time the term of supervised release commenced.

On April 18, 2022, the defendant appeared before the court for a hearing regarding his refusal to sign a Waiver of Hearing striking the special condition ordering him to abide by the rules and regulations of the Eastern District of North Carolina Sex Offender Program, which is no longer active in our district, and replacing the program language with conditions which were recommended as a result of the psycho-sexual evaluation conducted by Dawn Y. Lanaville, Ph.D., of the Albemarle Psychology Clinical & Forensics Service in Elizabeth City, North Carolina, and individualized to meet his specific needs. The hearing also addressed Guarascio's request for a new sex offender treatment provider. The court ultimately modified the defendant's special conditions of supervised release to include multiple sex offender-related conditions and denied Guarascio's request for a new treatment provider. The modified special conditions of supervised release were announced at the hearing as stated in the Order filed on April 20, 2022. Note: In relation to the hearing, on February 14, 2022, and March 2, 2022, respectively, the court granted defense counsel's motions and ordered the United States Probation Office to provide a copy of Dr. Lanaville's psychosexual report of Guarascio to defense counsel and to the government, and the complete medical and psychological file of Guarascio to defense counsel.

On April 11, 2023, the court approved a Violation Report allowing supervision to continue after a warrantless search revealed that Guarascio was in possession of unapproved electronic devices and various items specifically prohibited by the conditions of his supervised release.

On August 25, 2023, the probation officer submitted a memorandum to the court advising that Dr. Lanaville terminated her treatment services contract with the United States Probation Office due to her relocation for a business opportunity, and that Guarascio was being referred to agency-contracted sex offender treatment provider, Lisa Miller, for a new psychosexual evaluation and treatment services. Due to the court's previous orders directing the United States Probation Office to provide Guarascio with the complete medical and psychological file maintained by Dr. Lanaville and in anticipation of Guarascio's request for treatment records maintained by Ms. Miller, the United States Probation Office respectfully requested that the court determine if the defendant would be permitted to obtain the complete medical and psychological file maintained by Lisa Miller. On August 28, 2023, the court ordered that Ms. Miller and/or the United States Probation Office provide Guarascio with the complete file.

Joseph Michael Guarascio
Docket No. 7:09-CR-109-1D
Petition For Action
Page 2

At sentencing, the defendant was ordered to abide by mandatory, standard, and special conditions of supervision. Pursuant to Section 5D1.4 of the Federal Sentencing Guidelines, the United States Probation Office has conducted an individualized assessment, taking the following factors into consideration: 18 U.S.C. §§ 3583(c) and (e)(2). Based on this assessment, it is recommended that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and the below special conditions, as well as any other conditions previously imposed by means of prior court action during the term of supervision.

## IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING STANDARD CONDITIONS:

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about work (such as position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with

Joseph Michael Guarascio
Docket No. 7:09-CR-109-1D
Petition For Action
Page 3

that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

**IT IS THE FURTHER ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:**

1. You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

2. The defendant shall participate in a program of mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the Eastern District of North Carolina Sex Offender Program.

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premise, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

5. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

6. The defendant shall provide the probation office with access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on the individualized assessment of this case, it is respectfully recommended that the defendant comply with the above conditions.

The defendant signed a Waiver of Hearing acknowledging and agreeing to the standard and special conditions as outlined above.

**PRAYING THAT THE COURT WILL ORDER** the defendant is continued under supervision and subject to the above-listed conditions of supervision. To the extent that any of these conditions vary from those imposed at the time of sentencing, based on the individualized assessment conducted, these conditions replace those originally imposed. In consultation with the probation officer the court has conducted an individualized assessment and except as herein modified, the judgment shall remain in full force and effect.

**Joseph Michael Guarascio**
**Docket No. 7:09-CR-109-1D**
**Petition For Action**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
Phone: 252-335-5508
Executed On: July 13, 2026

## ORDER OF THE COURT

Considered and ordered this ___14___ day of ___July___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge